**Clifford S. Davidson, OSB No. 125378**
cdavidson@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130

**Linda M. Burrow,** *pro hac vice forthcoming*
burrow@caldwell-leslie.com
**Jeffrey M. Hammer,** *pro hac vice forthcoming*
hammer@caldwell-leslie.com
CALDWELL LESLIE & PROCTOR, PC
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for TWENTIETH CENTURY FOX
FILM CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| **TWENTIETH CENTURY FOX FILM CORPORATION,** a Delaware corporation<br><br>    Plaintiff,<br><br>    v.<br><br>**THE ROGUE THEATRE, INC.,** an Oregon nonprofit corporation,<br><br>    Defendant. | Case No. 1:13-cv-01785<br><br>**COMPLAINT FOR FEDERAL COPYRIGHT INFRINGEMENT** |

Page 1 - COMPLAINT

## NATURE OF ACTION

1. Plaintiff Twentieth Century Fox Film Corporation ("Fox") owns the copyright in the 1975 cult classic film *The Rocky Horror Picture Show* (the "Film"). *The Rocky Horror Picture Show* is a musical comedy and horror film that is perhaps best known for the audience participation that often accompanies screenings of the Film, with audience members dressing like characters and performing along with the Film. Nearly forty years after its release, *The Rocky Horror Picture Show* continues to generate substantial revenues and has been selected by the Library of Congress for preservation in the United States National Film Registry.

2. Defendant The Rogue Theatre, Inc. ("Rogue") is a theatre located in Grants Pass, Oregon, that is currently selling tickets to a screening of the Film on October 25 and 26, 2013, and that has screened the Film in the past for financial gain. Fox has never granted a license to or otherwise authorized Rogue to exhibit the Film. To the contrary, Fox has warned Rogue that its exhibition of the Film infringes Fox's copyright in the Film, and has demanded that Rogue cease its infringing conduct. Despite these warnings, Rogue continues to sell tickets to the Film's upcoming exhibition and continues to promote the unlicensed screening of the Film. Fox thus brings this action to protect its valuable rights.

## PARTIES

3. Twentieth Century Fox Film Corporation is a Delaware corporation with its principal place of business in Los Angeles, California.

4. The Rogue Theatre, Inc. is an Oregon nonprofit corporation with its principal place of business in Grants Pass, Oregon.

Page 2 - COMPLAINT

## JURISDICTION AND VENUE

5. This Court has original jurisdiction over a claim for copyright infringement pursuant to 17 U.S.C. § 101 *et seq.*, under 28 U.S.C. §§ 1331 and 1338.

6. Venue is proper in this Court under 28 U.S.C. §§ 1391(b) and 1400(a) because Rogue resides in this District and because a substantial part of the events giving rise to the claims occurred in this District.

7. This complaint has been filed in the Medford Division pursuant to Local Rule 3-2, because a substantial part of the events giving rise to the claims occurred in Grants Pass, Oregon.

## FACTUAL BACKGROUND

8 Fox is the sole owner of the copyright in the Film, which was originally registered on September 26, 1975, and which was renewed effective August 8, 2008 with a renewal number of 884-640. A true and correct copy of Fox's renewal certificate is attached hereto as Exhibit A.

9. Fox has never granted a license to or otherwise authorized Rogue to exhibit, advertise or promote the Film in any way.

10. Fox is informed and believes, and on the basis of that information and belief alleges, that Rogue engages in the unauthorized exhibition of the Film for several nights each year around Halloween, and promotes those exhibitions through advertisements, posters and flyers displayed at its location, and on its website. Fox first learned of Rogue's infringing conduct in or around October 2010, and promptly notified Rogue in writing that its exhibition of the Film infringed Fox's copyright in the Film. Rogue did not respond, and, on information and belief, proceeded with its scheduled

Page 3 - COMPLAINT

exhibition.  Since 2010, Fox has repeatedly warned Rogue that any further exhibitions could subject Rogue to copyright liability.  Despite these warnings, Rogue has refused to cease its infringing conduct.

11.  According to its website, Rogue is currently selling tickets to unauthorized public exhibitions of the Film scheduled for October 25 and 26, 2013.  Examples of Rogue's promotion of its upcoming unauthorized exhibition are attached as Exhibit B.

12.  On September 19, 2013, Fox sent letters to Rogue's president, directors, and secretary, demanding that the theatre cease and desist its planned unauthorized exhibition of the Film.  As of the filing of this complaint, Rogue has not responded to Fox's demand, but continues to promote its upcoming exhibition of the Film.

13.  Rogue's conduct is causing, and unless immediately enjoined will continue to cause, irreparable harm to Fox.  Rogue may not continue to exploit the Film without authorization and without compensation to Fox.

## FIRST CLAIM FOR RELIEF

### (COPYRIGHT INFRINGEMENT – 17 U.S.C. § 501 et seq.)

14.  Fox incorporates by reference each and every allegation contained in paragraphs 1 through 13 above.

15.  At all relevant times, Fox has owned and currently owns the copyright to the Film.  Accordingly, Fox holds the exclusive right to authorize exhibitions of the Film.

16.  Fox has never granted a license to or otherwise authorized Rogue to exhibit the Film.

Page 4 - COMPLAINT

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

17. Rogue has infringed Fox's copyright, and further threatens to infringe Fox's copyright by exhibiting the Film on October 25 and 26, 2013, in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

18. Rogue's acts of infringement are willful, intentional and purposeful, in disregard of and with indifference to Fox's rights.

19. Rogue's acts of infringement have caused Fox to suffer pecuniary damages as well as irreparable injury and loss of reputation for which Fox has no adequate remedy at law. Fox is therefore entitled to monetary damages in an amount to be proven at trial, as well as preliminary and permanent injunctive relief prohibiting Rogue from further exhibiting the Film.

## **PRAYER**

WHEREFORE, Fox prays for judgment against Rogue as follows:

1. Pursuant to 17 U.S.C. § 502, that Rogue and each of its agents, servants, employees, attorneys, officers, and all others in privity and acting in concert with Rogue be preliminarily and permanently enjoined from exhibiting the Film or otherwise infringing Fox's copyright in the Film.

2. Pursuant to 17 U.S.C. § 504, that Rogue account and pay to Fox damages in an amount sufficient to fairly compensate it for the injury it has sustained, plus all the profits attributable to Rogue's infringement of the copyright in the Film, and further that the amount of the monetary award granted herein be increased by $150,000 in view of the willful and deliberate nature of Rogue's unlawful conduct.

Page 5 - COMPLAINT

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

3. Pursuant to 17 U.S.C. § 505, that Rogue be ordered to pay to Fox the costs of this action and Fox's attorneys' fees.

4. Such other, further, different or additional relief as this Court deems equitable and proper.

Dated this 7th day of October, 2013.

SUSSMAN SHANK LLP

By ___/S/ Clifford S. Davidson_____
 Clifford S. Davidson, OSB No. 125378
 Attorneys for Plaintiff

Page 6 - COMPLAINT

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

# EXHIBIT A

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM RE**
For Renewal of a Work
UNITED STATES COPYRIGHT OFFICE

RE 884–640

EFFECTIVE DATE OF RENEWAL

AUG 0 8 2003

Month   Day   Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET(RE/CON)

**1**

RENEWAL CLAIMANT(S) ADDRESS(ES) AND STATEMENT OF CLAIM ▼ (See instructions)

1
Name: Twentieth Century Fox Film Corporation
Address: P O Box 900, Beverly Hills, CA 90213
Claiming as: proprietor of copyright in a work made for hire
(Use appropriate statement from instructions)

2
Name:
Address:
Claiming as:

3
Name:
Address:
Claiming as:

**2**

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼
THE ROCKY HORROR PICTURE SHOW

RENEWABLE MATTER ▼
Entire work

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical serial or other composite work give information about the collective work in which the contribution appeared   Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼

**3**

AUTHOR(S) OF RENEWABLE MATTER ▼
Michael White Productions, Ltd

**4**

ORIGINAL REGISTRATION NUMBER ▼   ORIGINAL COPYRIGHT CLAIMANT ▼
LP 45 461   Houtsnede Maatschappi N V

ORIGINAL DATE OF COPYRIGHT
If the original registration for this work was made in published form, give
DATE OF PUBLICATION September 26, 1975
(Month) (Day) (Year)

OR

If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION
(Month) (Day) (Year)

MORE ON BACK ▶ Complete all applicable spaces (numbers 5–8) on the reverse side of this page
See detailed instructions   Sign the form at space 7

DO NOT WRITE HERE
Page 1 of _2_ pages

|  |  |
|---|---|
| RENEWAL APPLICATION RECEIVED<br>AUG 08 2003<br>CORRESPONDENCE ☐ Yes<br>EXAMINED BY _____<br>CHECKED BY _____<br>FUNDS RECEIVED | FORM RE<br><br>FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET (RE/CON)**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions) give full information about each contribution. If more space is needed request continuation sheet (Form RE/CON)

**5**

**a**
- Title of Contribution
- Title of Periodical | Vol | No | Issue Date
- Date of Publication (Month) (Day) (Year) | Registration Number

**b**
- Title of Contribution
- Title of Periodical | Vol | No | Issue Date
- Date of Publication (Month) (Day) (Year) | Registration Number

**c**
- Title of Contribution
- Title of Periodical | Vol | No | Issue Date
- Date of Publication (Month) (Day) (Year) | Registration Number

**d**
- Title of Contribution
- Title of Periodical | Vol | No | Issue Date
- Date of Publication (Month) (Day) (Year) | Registration Number

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name: **Twentieth Century Fox Film Corporation**

Account Number: **DA011185**

Area code and daytime telephone number ▶ **(310) 369 5159**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent

Name: **Mary McGuire 2121/731**
Address: **Fox Group Legal   P O Box 900**
**Beverly Hills   CA   90213**
(City)   (State)   (ZIP)
Fax number ▶ **(310) 369 2382**  Email Address ▶ **CR@Fox com**

**7**

**CERTIFICATION** I the undersigned hereby certify that I am the (Check one)
☐ renewal claimant  ☒ duly authorized agent of **Twentieth Century Fox Film Corporation**
(Name of renewal claimant)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▼  **Mary McGuire**   Date ▼ **25 Jul 2003**

Handwritten signature (X) ▼  *[signature: Mary McGuire]*

**8**

Certificate will be mailed in window envelope to this address

Name ▼ **Fox Group Legal**
          **Attn Mary McGuire (Bldg 2121 Room 731)**
Number/Street/Apt ▼ **P O Box 900**
City/State/ZIP ▼ **Beverly Hills CA 90213**

Complete all necessary spaces
Sign your application in space 7
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO
Library of Congress
Copyright Office
101 Independence Ave S E
Washington D C 20559-6000

17 U S C §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

FOX GROUP May 2001

# EXHIBIT B





click on the images for details and show times













your email    SUBMIT                                                                                    Order Status

Click logo above to return to the home page.                                 charge by phone: 541 471 1316

**All event information is subject to change. Please check back before date of event.**

[BUY TICKETS ONLINE!]    **Friday, October 04, 2013 8:00 PM**    [MORE INFORMATION]

**Dar Williams**

Ticket Price:
$40.00 - Platinum Seating
$28.00 - Gold Seating
$28.00 - General Admission

**All Ages**

**General Admission & Reserved Seating**

[BUY TICKETS ONLINE!]    **Thursday, October 10, 2013 8:00 PM**    [MORE INFORMATION]

**Greg Brown**

Ticket Price:
$45.00 - Platinum Seating
$29.00 - Gold Seating
$25.00 - General Admission

**Reserved Seating and General Admission**

[BUY TICKETS ONLINE!]    **Friday, October 11, 2013 8:00 PM**    [MORE INFORMATION]

**Marc Cohn**

Ticket Price:
$55.00 - Platinum Seating
$35.00 - Gold Seating
$25.00 - General Admission

**All Ages**

**Reserved Seating & General Admission**

[BUY TICKETS ONLINE!]    **Friday, October 25, 2013 8:00 PM**    [MORE INFORMATION]

**Rocky**

Ticket Price:
$10.00

**All Ages**

**General Admission**

[BUY TICKETS ONLINE!]    **Saturday, October 26, 2013 8:00 PM**    [MORE INFORMATION]

**Rocky**

Ticket Price:
$10.00

**All Ages**

**General Admission**

[BUY TICKETS ONLINE!]    **Friday, November 01, 2013 8:00 PM**    [MORE INFORMATION]

Ticket Price:
$20.00 General Admission

**Floater**

with Special Guest
Brother

All Ages

General Admission

Friday, November 22, 2013 8:00 PM

**Ticket Price:**
$21.00

**Anna Nalick**

All Ages

General Admission

Tuesday, January 14, 2014 8:00 PM

**Ticket Price:**
$65.00 - Platinum Seating
$55.00 - Gold Seating
$40.00 - General Admission

**Jonny Lang**

All Ages

General Admission

tix@musictoday.com  |  charge by phone: 541 471 1316

privacy policy  |  user agreement  |  help

POWERED BY musictoday®